AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

Ann Hart

## SUMMONS IN A CIVIL CASE

### V.

Novartis Pharmaceuticals Corporation and
Merck & Co., Inc.

CASE NUMBER:

'08 CIV 4091

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, New Jersey  07936-1080

Merck & Company
One Merck Drive
Whitehouse Station, NJ 08889

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 0 1 2008

**J. MICHAEL McMAHON**

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

2 0 0 8 0 5 0 5 1 3 1 5 1 6

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

SERVICE OF:            **SUMMONS, COMPLAINT**
EFFECTED (1) BY ME:    **PASCAL KUVALAKIS**
TITLE:                 **PROCESS SERVER**                    DATE: **05/06/2008  01:45PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NOVARTIS PHARMACEUTICALS CORPORATION

Place where served:

ONE HEALTH PLAZA   EAST HANOVER TWP. NJ 07936

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ANDREW   HASKELL   ESQ.

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: M__ AGE: 36-50__ HEIGHT: 5'4"-5'8"__ WEIGHT: 161-200 LBS.__ SKIN: WHITE___ HAIR: BLACK___ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: __5_ / _6_ / 20_08_                                    _____ L.S.
                                          SIGNATURE OF PASCAL KUVALAKIS
                                          GUARANTEED SUBPOENA SERVICE, INC.
                                          2009 MORRIS AVENUE
                                          UNION, NJ 07083

5-6-08
*Janira svelz*

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

ATTORNEY:    RUSSELL H. BEATIE
PLAINTIFF:    ANN HART
DEFENDANT:    MERCK & CO, INC., ET AL
VENUE:        DISTRICT
DOCKET:       08 CV 4091

TZ

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.