Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | | |
|---|---|---|
| IN RE: | : | |
| Fosamax Products Liability Litigation | : | |
| -----------------------------------------------------x | | |
| *This Document Relates to:* | : | 1:06-md-1789 (JFK) |
| Ann Hart | : | |
| v. Novartis Pharmaceuticals Corp. and | : | |
| Merck & Co., Inc. | : | |
| | : | |
| Case No: 1:08-cv-04091-JFK | : | **Rule 7.1 Statement** |
| -----------------------------------------------------x | | |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       May 29, 2008

                                  Respectfully submitted,

                                  HUGHES HUBBARD & REED LLP

                                  By: /s/
                                     Norman C. Kleinberg
                                   Theodore V. H. Mayer
                                   William J. Beausoleil

                                One Battery Park Plaza
                                New York, New York 10004-1482
                                (212) 837-6000
                                beausole@hugheshubbard.com
                                kleinber@hugheshubbard.com
                                mayer@hugheshubbard.com
                                *Attorneys for Defendant Merck & Co., Inc.*